IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY LILES, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:19-cv-739-RAH-SMD |
| | )              (WO) |
| CITY OF ASHFORD, | ) |
| | ) |
| Defendant. | ) |

# FINAL JUDGMENT

In accordance with the Order entered this date approving the parties' *Joint Motion for Settlement Approval* ("Motion") (Doc. 29) under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, it is **ORDERED, ADJUDGED, AND DECREED** that:

1. Judgment is entered against Defendant City of Ashford in the total amount of $25,000.00, allocated as follows:

   a. To Plaintiff Timothy Liles, the sums of $13,578.80 in back pay, and $1,000.00 as separate consideration for the general release of all claims; and

   b. To Plaintiff's counsel the sum of $10,421.20 in attorney's fees and costs.

2. This action is hereby **DISMISSED with prejudice** in its entirety.

**DONE** and **ORDERED** this the 23rd day of October, 2020.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE